**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

**FILED**

www.cand.uscourts.gov

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 15, 2007

Office of the Clerk
U.S. District Court, Eastern District of California-Fresno
2500 Tulare Street
Fresno, CA 93721

Case Name:      US-v-Andrea Deshun Bell
Case Number:    4-07-70274-WDB          1:07 MJ 095 DLB
Charges:        18:287   False Claim to U.S.

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge   Wayne D. Brazil.  The following action has been taken:

    ()      The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    (X)     The defendant has a court appearance in your court on: 5/25/07 @ 1:30PM

Enclosed are the following documents:
                        original Rule 5 affidavit
            certified copy of *AO 94, Commitment to Another District*
                        Other misc. Documents

**Please access the electronic case file for additional pleadings you may need.  See the**
**attached instructions for details.**

    Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.

                                Sincerely yours,

                                RICHARD WIEKING, Clerk

                                by: Odile M. Hansen
                                Case Systems Administrator

Enclosures
cc: Financial Office

------------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____          **CLERK, U.S. DISTRICT COURT**

                                        **By** _____
                                            **Deputy Clerk**