**FILED**

JUN 4 – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE DESHUN BELL,<br><br>Defendant. | No. CR 4-07-70274 WDB<br><br>[PROPOSED] ORDER RE: TRANSPORTATION EXPENSES |

GOOD CAUSE APPEARING,

Defendant Andre Deshun Bell, who has previously filed a financial affidavit and answered questions posed to him by this Court regarding his ability to pay for travel, has been ordered by this Court to appear Friday, June 8, 2007 at 1:00 p.m. at the United States District Court for the Eastern District of California, Fresno Courthouse, before The Hon. Sandra M. Snyder, United States Magistrate Judge, Eastern District Case No. 1:07 MJ 095 DLB. Because the interests of justice are served and the Court is satisfied that the defendant is financially unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals

ORDER RE:
TRANSPORTATION
EXPENSES

cc: 2 certified copies to Marshal
Copy to parties

1  Service for the Northern District of California shall make round trip travel arrangements via bus or
2  train, and furnish transportation expenses to the above-named defendant to enable him to travel from
3  Oakland, California to the Eastern District of California in order to appear as required on Friday,
4  June 8, 2007 at 1:00 p.m.
5     IT IS SO ORDERED.
6  DATED: June 4, 2007
7
                                    _____
8                                   WAYNE D. BRAZIL
                                    United States Magistrate Judge
9

ORDER