IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 4-07-70274 WDB |
| Plaintiff, | ) (Eastern District CR 1:07-00113 LJO-1) |
| v. | ) ORDER RE: TRANSPORTATION |
| ANDRE DESHUN BELL, | ) EXPENSES |
| Defendant. | ) |

GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant, having previously submitted a financial affidavit and qualified for the services of the Federal Public Defender, is completely unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to Andre Bell to enable him to travel to the Eastern District of California to appear on Friday, July 6, 2007, at 9:00 a.m. before Hon. Lawrence J. O'Neill, 2500 Tulare Street (Courtroom 4), Fresno, California.

SO ORDERED.

DATED: June 28, 2007

WAYNE D. BRAZIL
United States Magistrate District Judge

*United States v. Bell*, CR 1:07-00113 LJO
ORDER RE: TRANSPORTATION EXPENSES